JS-6

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANDRE ARMAND LAURITZEN,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH B. EDLOW, DIRECTOR OF UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, ET AL.,<br><br>Defendants, | No. 2:25-cv-05219-HDV-RAO<br><br>**[~~PROPOSED~~] ORDER REMANDING CASE TO UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES**<br><br>Honorable Hernan D. Vera<br>United States District Judge |

The Court has considered the parties' Stipulation to Remand Case to United States Citizenship and Immigration Services. With good cause showing, IT IS HEREBY ORDERED:

1. Plaintiff Andre Armand Lauritzen's application for naturalization is REMANDED for adjudication to United States Citizenship and Immigration Services ("USCIS"). USCIS shall take any and all necessary actions to adjudicate Plaintiff's N-400 Application for Naturalization and issue a decision within 30 days after entry of this order of remand.

2. For purposes of this Order, this time frame is limited to the decision by USCIS on Plaintiff's Application for Naturalization, and it does not include any decision by USCIS any subsequent administrative appeal Plaintiff may ultimately file (pursuant to 8 C.F.R. § 336.2) in the event the Application is denied.

3. If USCIS determines that Plaintiff may be ineligible for naturalization at this time, USCIS will issue a notice to the Plaintiff informing him of the reason for ineligibility and provide Plaintiff with an opportunity to address the eligibility issue prior to the agency's final decision on his Application.

4. If USCIS does not issue a decision on Plaintiff's Application for Naturalization within the time frame set forth above, Defendants shall not oppose any request by Plaintiff to this Court to vacate this remand order.

5. This action is DISMISSED.

6. Each side shall bear their own attorneys' fees and costs.

Dated: 8/20/25

HONORABLE HERNAN D. VERA
UNITED STATES DISTRICT JUDGE

Case 2:25-cv-05219-HDV-RAO Document 10 Filed 08/25/25 Page 3 of 3 Page ID #:41

Presented by:

BILALA A. ESSAYLI
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
DANIEL A. BECK
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section

*/s/ K. Alejandra Andrade*
K. ALEJANDRA ANDRADE
Special Assistant United States Attorney

Attorneys for Defendants